Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by PERRY O. BRYANT, Respondent, v. THE PULLMAN COMPANY (Self-Insurer), Employer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.— In the Matter of the Claim of ROSE CAPLAN, Widow of HARRY CAPLAN, Employee, for Compensation under the Workmen's Compensation Law, Appellant, v. BELBER TRUNK AND BAG COMPANY, Employer, and UNITED STATES CASUALTY COMPANY, Insurance Carrier, Respondents.— Motion granted, without costs.

In the Matter of the Application and Petition of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK Pursuant to Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906. (Claim of MARY C. TREADWELL and ANNA DE LA MONTAYNE; Damage Commission, No. 4; First Separate Report.) — Motion granted, without costs.

In the Matter of the Probate of the Last Will and Testament of ELIZA A. CARTER, Deceased.— Order modified by striking therefrom the words: " It shall also state the facts which are claimed by the contestant to constitute such undue influence and the facts upon which is founded the charge of undue influence," and also the words: " And in what manner the alleged fraud was committed or practiced and the facts and circumstances upon which is founded the charge of fraud alleged," and as so modified order unanimously affirmed, without costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ANNA MULLEN, Widow, for the Death of PATRICK MULLEN, Respondent, v. SOPHIE STERNS, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Remitted to the Commission for further findings.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY HAYDEN and Minor Dependents, Respondents, for Compensation under the Workmen's Compensation Law for the Death of PHILIP HAYDEN, v. THOMAS McLARNON COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARY McGRATH, as Widow of JOHN T. McGRATH, Respondent, v. ALBERT WINTERNITZ, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Remitted to the Commission for further findings.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CLARENCE BARNARD, Respondent, for Compensation under the Workmen's Compensation Law, v. THE OTESAGA HOTEL, C. B. KNOTT, Proprietor, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.